31411.   ECONOMY GAS & APPLIANCE COMPANY *v.* AVERILL, next friend, etc.

PARKER, J. The material facts in this case are the same as those in *Economy Gas & Appliance Co.* v. *Kinslow,* ante, and that ruling controls this case. Therefore the court did not err in overruling the general demurrer to the petition.

*Judgment affirmed. Sutton, P. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 18, 1946.

*A. C. Felton III,* for plaintiff in error.
*Sidney Moore, DeLacey Allen,* contra.